Previous editions are obsolete

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

form HUD-1 (3/86) ref Handbook 4305.2

File Number: SA-22999

PAGE 2

TitleExpress Settlement System  Printed 05/20/2021 at 13:29 MR

### L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $200,000.00 @ 6.000 = 12,000.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $        12,000.00   to  PREMIUM REALTY CASTOR, INC. | | | |
| 702. $                          to | | | |
| 703.  Commission paid at Settlement | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | 12,000.00 |
| 801.  Loan Origination Fee            % | | | |
| 802.  Loan Discount                        % | | | |
| 803.  Appraisal Fee | | | |
| 804.  Credit Report | | | |
| 805.  Lender's Inspection Fee | | | |
| 806.  Mortgage Application Fee | | | |
| 807.  Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901.  Interest  From            to          @$          /day | | | |
| 902.  Mortgage Insurance Premium for          to | | | |
| 903.  Hazard Insurance Premium for          to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | |
| 1001.  Hazard Insurance                    mo. @ $          /mo | | | |
| 1002.  Mortgage Insurance              mo. @ $          /mo | | | |
| 1003.  City Property Tax                   mo. @ $      139.98 /mo | | | |
| 1004.  County Property Tax             mo. @ $          /mo | | | |
| 1005.  School taxes                         mo. @ $          /mo | | | |
| 1009.  Aggregate Analysis Adjustment          mo. @ $          /mo | | | |
| **1100. TITLE CHARGES** | | 0.00 | 0.00 |
| 1101.  Settlement or closing fee | | | |
| 1102.  Reimburse w/s printout        to  Statewide Abstract Group, Inc | | | |
| 1103.  COPIES OF JUDG DOCKETS      to  Statewide Abstract Group, Inc | | | 5.00 |
| 1104.  Title insurance binder | | | 50.00 |
| 1105.  Deed Preparation                to  Statewide Abstract Group, Inc | | | |
| 1106.  Notary Fees                         to  Statewide Abstract Group, Inc | | 70.00 | |
| 1107.  Attorney's fees | | | 21.00 |
|          (includes above items No:          ) | | | |
| 1108.  Title Insurance                  to  Statewide Abstract Group, Inc | | | |
|          (includes above items No:          ) | | 1,595.00 | |
| 1109.  Lender's Policy | | | |
| 1110.  Owner's Policy          200,000.00  - 1,595.00 | | | |
| 1111.  Fedex/Wire Fee (3)          to  Statewide Abstract Group, Inc | | | 75.00 |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201.  Recording Fees Deed $   256.75      ; Mortgage $          ; Release $ | | 256.75 | |
| 1202.  City/County tax/stamps          Deed $ 6,556.00     ; Mortgage $ | | 3,278.00 | 3,278.00 |
| 1203.  State Tax/stamps                  Deed $ 2,000.00     ; Mortgage $ | | 1,000.00 | 1,000.00 |
| 1204.                                            Deed $          ; Mortgage $ | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301.  Reimburse City Cert              to  PREMIUM REALTY GROUP | | | 150.00 |
| 1302.  w/s thru 2019- (Estimate)      to  Water Revenue Bureau | | | 1,000.00 |
| 1303.  w/s service | | | |
| 1304.  w/s usage | | | |
| 1305.  Gas Bill  (estimate)              to  Phila Gas Works | | | 1,000.00 |
| 1306.  Conveyancing Fee               to  PREMIUM REALTY GROUP | | | 1,000.00 |
| 1307.  Repairs | | | 500.00 |
| 1308. | | | |
| **1400. TOTAL SETTLEMENT CHARGES**          (enter on lines 103, Section J and 502, Section K) | | 6,199.75 | 20,079.00 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

HUA LIN

ANDREW J. MORGAN

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____          DATE: _____

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

## A. Settlement Statement

**B. Type of Loan**

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

| | | | |
|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | SA-22999 |

7. Loan Number

8. Mortgage Insurance Case Number

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 05/20/2021 at 13:29 MR

**D. NAME OF BORROWER:** HUA LIN
ADDRESS: 14037 ASH AVE 304, FLUSHING, NY 11355

**E. NAME OF SELLER:** ANDREW J. MORGAN
ADDRESS: c/o mary zimmerman, 6056 N. PHILIP ST, PHILADELPHIA, PA 19120

**F. NAME OF LENDER:**
ADDRESS:

**G. PROPERTY ADDRESS:** 3043 Knorr Street, Philadelphia, PA 19149
City of Philadelphia

**H. SETTLEMENT AGENT:** Statewide Abstract Group, Inc
PLACE OF SETTLEMENT: 7901 Bustleton Avenue, Suite 203, Philadelphia, PA 19152

**I. SETTLEMENT DATE:** 05/28/2021

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 200,000.00 | 401. Contract sales price | 200,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 6,199.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes   05/28/21 to 12/31/21 | 1,003.25 | 406. City/town taxes   05/28/21 to 12/31/21 | 1,003.25 |
| 107. County taxes | | 407. County taxes | |
| 108. School taxes | | 408. School taxes | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 207,203.00 | **420. GROSS AMOUNT DUE TO SELLER** | 201,003.25 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to seller (line 1400) | 20,079.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff:PAYOFF 51987663 | 132,061.22 |
| | | CARRINGTON | |
| 205. | | 505. Payoff:PAYOFF 52729134 | 35,000.00 |
| | | Secretary of HUD (Estimate) | |
| 206. | | 506. | |
| 207. | | 507. HELD for w/s possible back bi | 3,000.00 |
| | | Statewide Abstract Group Escro | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. School taxes | | 512. School taxes | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 5,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 190,140.22 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 207,203.00 | 601. Gross amount due to seller (line 420) | 201,003.25 |
| 302. Less amounts paid by/for borrower (line 220) | 5,000.00 | 602. Less reduction amount due seller (line 520) | 190,140.22 |
| **303. CASH FROM BORROWER** | 202,203.00 | **603. CASH TO SELLER** | 10,863.03 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____ / _____-_____-_____ / _____

SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)